IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA A. SANFORD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:13cv153-MHT |
| | ) | (WO) |
| **SCA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On March 26, 2013, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

(1) The recommendation of the magistrate judge (Doc. # 4) is adopted .

(2) Plaintiff's Title VII claims are dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for

**plaintiff's failure to exhaust administrative remedies in a timely manner.**

**(3) Plaintiff's complaint is construed to state a 42 U.S.C. § 1981 claim for retaliatory discharge.**

**(4) This action is referred back to the magistrate judge for further proceedings.**

**DONE, this the 22nd day of April, 2013.**

                                               **/s/ Myron H. Thompson**
                                         **UNITED STATES DISTRICT JUDGE**