IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA SANFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:13cv153-MHT |
| ) | (WO) |
| SCA, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Relying on 42 U.S.C. § 1981, plaintiff charges defendant with retaliatory discharge from her employment. On March 4, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon consideration of the recommendation of the magistrate judge and after an independent and de novo review of the record, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 44) is adopted and that defendant's motion for summary judgment (Doc. # 30) is granted.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The court will enter final judgment in defendant's favor on plaintiff's sole remaining claim.

Done this the 28th day of March, 2014.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE